IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Cameron Battle, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 11-2176 |
| | § | |
| Collection Technology, Inc; | § | |
| Chris Van Dellen and | § | |
| Donald S. Daniels | § | |
|     Defendants. | § | |

## ORDER

In accordance with the Notice of Dismissal filed on July 20, 2011, it is hereby ORDERED that this action be dismissed with prejudice.

SIGNED at Houston, Texas, on this 21st day of July, 2011.

SIM LAKE
UNITED STATES DISTRICT JUDGE